UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF SAN DIEGO AND IMPERIAL COUNTIES,<br><br>       Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, ET AL.,<br><br>       Defendants. | Civil No.10-CV-544-BEN(WVG)<br><br>ORDER VACATING SETTLEMENT CONFERENCE DATE |

In light of the Court's dismissal of this action with prejudice (Doc. No. 16), the Settlement Conference set for November 12, 2010, at 2:00 P.M. is VACATED.

IT IS SO ORDERED.

DATED: November 4, 2010

_____
Hon. William V. Gallo
U.S. Magistrate Judge